UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF ILLINOIS,
PEORIA DIVISION

| | |
|---|---|
| SHEILA TROUT | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) No. 1:09-cv-01214-MMM-BGC |
| | ) |
| REDLINE RECOVERY SERVICES, LLC, | ) |
| | ) |
| Defendant. | ) |

**NOTICE OF SETTLEMENT**
**(Unlawful Debt Collection Practices)**

**NOTICE OF SETTLEMENT**

NOW COMES the Plaintiff, SHEILA TROUT, by and through the undersigned counsel and hereby informs the court that a settlement of the present matter has been reached and is in the process of finalizing settlement, which Plaintiff anticipates will be finalized within the next 30 days.

Plaintiff therefore requests that this honorable court vacate all dates currently set on calendar for the present matter.

Respectfully Submitted,

DATED:  October 21, 2009                    KROHN & MOSS, LTD.


By:___/s/Adam J. Krohn_____
Adam J. Krohn
KROHN & MOSS, LTD.
Attorney for Plaintiff
120 W. Madison St., 10th Fl.
Chicago, Illinois 60602
(312) 578-9428

1

NOTICE OF SETTLEMENT