**UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF ILLINOIS, PEORIA DIVISION**

| | |
|---|---|
| SHEILA TROUT )<br>)<br>)<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>)<br>REDLINE RECOVERY SERVICES, LLC )<br>)<br>)<br>Defendant. ) | **No. 1:09-cv-01214-MMM-BGC**<br><br>**STIPULATAION OF DISMISSAL WITH PREJUDICE AND [PROPOSED] ORDER**<br><br>**Fed. R. Civ. P. 41(a)(1)** |

Pursuant to Fed. R. Civ. P. 41(a)(1), Plaintiff, SHEILA TROUT and Defendant, REDLINE RECOVERY SERVICES, LLC, stipulate, and the Court hereby orders, as follows:

1. The dispute between the parties has been settled, therefore, the claims asserted by Plaintiff, SHEILA TROUT, against Defendant, REDLINE RECOVERY SERVICES, LLC., in the above-captioned proceeding are hereby dismissed, with prejudice, pursuant to Fed. R. Civ. P. 41(a)(1).

Dated: December 29, 2009        KROHN & MOSS, LTD.

/s/ Adam J. Krohn
Adam J. Krohn, Esq.
Attorney for Plaintiff,
SHEILA TROUT

Dated: December 29, 2009         GRADY PILGRIM CHRISTAKIS BELL LLP

/s/ Anna-Katrina S. Christakis
Anna-Katrina S. Christakis, Esq.
Attorney for Defendant,
REDLINE RECOVERY SERVICES, LLC

**Error! Unknown document property**